## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

YINKA SHOMIDE –Patient
and TOKUNBO SHOMIDE -Husband
Husband and Wife (Pro Se)
37 Candlewick Court,
New Castle, DE 19720

PLAINTIFF/S,

V.

SURGERY CENTERS OF DELMARVA, LLC.
also bear Mid Atlantic Spine & Pain
Physicians & Dr. Frank Falco, &
Dr. Niteesh Bharara, & Dr. Anjuli Desai.

DEFENDANT/S,

CIVIL ACTION NO. 15 - 196
TRIAL BY JURY DEMANDED

COMES NOW, Plaintiffs, Yinka Shomide -Patient and her husband Tokunbo Shomide who hereby do Complain of the Defendants as follows:

### COMPLAINT

### PARTIES AND FEDERAL JURISDICTION

1.       Plaintiffs Yinka Shomide, (hereinafter Ms. Shomide -patient Plaintiff) and Tokunbo Shomide, (hereinafter Mr. Shomide –husband Plaintiff) has at all times relevant to this Complaint, are adult individuals residing together as husband and wife and citizen of New Castle County, State of Delaware. At the time of Complaint both resided at 37 Candlewick Court, New Castle, DE 19720, till present.

2.       Defendant, Surgery Centers of Delmarva, LLC, (hereinafter "Defendant SCD") is a limited liability company organized under the laws of the State of Delaware, with a principal place of business of 139 East Chestnut Hill Road, Newark, DE 19713.

3.       Defendant SCD a business entity duly organized and existing under the laws of the state of Delaware that is owned, operated, and/or controlled by Defendant, Dr. Frank Falco, who maintains offices for the practice of comprehensive pain practice, treating Spine, pain related disorder and surgery at a principal place of business of 139 East Chestnut Hill Road, Newark, DE 19713; at all times hereto, the agents,

I

servants and / or employees of defendants were acting in the course and scope of their agency, servitude and / or employment for the benefit of defendant SCD.

4.      At all times Defendant SCD relevant to this action and Incorporated. Incorporated was formed as a **Delaware Corporation on August 17, 2006. The name and address of the registered agent of Defendant BTS, Adam Balick, Esquire, 711 King Street, Wilmington, Delaware 19801.**

5.      The Complaint can be served through Defendant SCD registered agent on behalf of all Defendants at **Adam Balick, Esquire, at 711 King Street, Wilmington, Delaware 19801**.

6.      As of the time of presenting this complaint against all the Defendants to the United States District Court of Delaware. The Registered Agent of Defendant SCD from Delaware Secretary of State Record is **Adam Balick, Esquire,** located at **711 King Street, Wilmington, Delaware 19801**. Page of the Defendant SCD and its Registered Agent **Adam Balick, Esquire** on Division of Corporation online Services is attached to this Complaint, made a part hereof, and referred to as **Exhibit "B".**

7.      Defendant, Mid Atlantic Spine & Pain Physicians, (hereinafter "Defendant MASPP) is a fictitious name or, alternatively, a business entity duly organized and existing under the laws of the state of Delaware that is owned, operated, and/or controlled by Defendant, Dr. Frank Falco, who maintains offices for the practice of comprehensive pain practice treating Spine and pain related disorder at a principal place of Administrative business office at 139 East Chestnut Hill Road, Newark, DE 19713; at all times hereto, the agents, servants and / or employees of defendants were acting in the course and scope of their agency, servitude and / or employment for the benefit of Defendant SCD.

8.      Defendant, Frank Falco MD, (hereinafter "Defendant Dr. Falco") is a physician, a Pain Management Specialist, serves as the founder, CEO, principal, and Physiatrist at Surgery Centres of Delmarva and Mid Atlantic Spine and Pain Physicians in the State of Delaware who maintains offices and under the laws of the State of Delaware, with a principal place of Administrative business office at 139 East Chestnut Hill Road, Newark, DE 19713; at all times hereto, the agents, servants and /

2

or employees of defendants were acting in the course and scope of their agency, servitude and / or employment for the benefit of defendant SCD.

9.     Defendant Dr. Falco board certified and licensed to practice medicine in the State of Delaware; at all times relevant to this action held himself out as specializing in the practice of pain medicine, spinal disorders, and sports medicine, and did business at Surgery Centres of Delmarva and Mid Atlantic Spine and Pain Physicians.

10.    Defendant Dr. Falco owned a business entity duly organized, operated, and / or controlled Surgery Centres of Delmarva and Mid Atlantic Spine and Pain Physicians in the State of Delaware who maintains offices and under the laws of the State of Delaware, with a principal place of Administrative business office at 139 East Chestnut Hill Road, Newark, DE 19713.

11.    Defendant, Niteesh Bharara MD, (hereinafter "Defendant Dr. Bharara") is a physician, board certified and licensed to practice medicine, at all times relevant to this action held himself out as specializing in the practice of pain medicine, he specializes in interventional pain management techniques, Defendant Dr. Bharara was acting as an agent, servant or employee of the other named defendants and regularly conducted business at Surgery Centres of Delmarva and Mid Atlantic Spine and Pain Physicians with a principal place of Administrative business at 139 East Chestnut Hill Road, Newark, DE 19713; at all times hereto, the agents, servants and / or employees of defendants were acting in the course and scope of their agency, servitude and / or employment for the benefit of Defendant SCD.

12.    Defendant, Dr. Anjuli Desai MD, (hereinafter "Defendant Dr. Desai") is a physician, board certified in Physical Medicine & Rehabilitation and licensed to practice medicine, at all times she is relevant to this action held herself out as specializing in the practice include the treatment of back and neck pain, headaches, musculoskeletal and joint disorders, neuromodulator, including spinal cord stimulation, and acute pain management, Defendant Dr. Desai was acting as an agent, servant or employee of the other named defendants and regularly conducted business at Surgery Centres of Delmarva and Mid Atlantic Spine and Pain Physicians with a principal place of Administrative business office at 139 East Chestnut Hill

3

Road, Newark, DE 19713; at all times hereto, the agents, servants and / or employees of defendants were acting in the course and scope of their agency, servitude and / or employment for the benefit of Defendant SCD.

13.    At all times relevant hereto, all named Defendants acted by and through their actual, apparent and or ostensible agents, servants and / or employee and some or all of these defendants may have been agents, owner, servants and / or employee of other individuals or entities and whose identities remain currently unknown to Plaintiff's bryound those agents, servants, and employees identified in this Complaint.

14.    At all times relevant hereto, Defendant SCD owed non-delegable legal duties directly to the plaintiff pursuant to the decision of the Supreme Court of Delaware in *Vanaman v Milfred Memorial Hospital, Inc., 272 A.2d 718 (Del. 1970)* including: (1) a duty to use reasonable care in the maintenance of safe and adequate facilities and equipment; (2) a duty to select and retain only competent physicians; (3) a duty to oversee all persons who practice medicine within its walls as to patient care; and (4) a duty to formulate, adopt and enforce adequate rules and policies to ensure quality care for the patients.

15.    At all times relevant hereto, Defendant Dr. Falco, Defendant Dr. Bharara and Defendant Dr. Desai were an employees, agents, owner or servant of Defendant SCD and provided medical care and treatment to Ms. Shomide -patient Plaintiff while acting within the scope of his employment, agency, or master-servant relationship with Defendant SCD; accordingly, defendant SCD is liable for the negligent acts and omissions of Defendant MASPP or Defendant SCD under theories of "Master-Servant Rule", respondeat superior, master-servant, agency, and right of control.

16.    At all times relevant hereto, Defendant Dr. Falco, Defendant Dr. Bharara and Defendant Dr. Desai were an employees, agents, owner or servant of Defendant SCD and / or Defendant MASPP and provided medical care and treatment to Ms. Shomide -patient Plaintiff while acting within the scope of his employment, agency, or master-servant relationship with Defendant SCD; accordingly, defendant SCD is liable for the negligent acts and omissions of Defendant MASPP or Defendant SCD under theories of "Master-Servant Rule", respondeat superior, master-servant, agency, and right of control.

4

17.    At all times relevant hereto, some or all of the defendants were employees, agents, or servants of other defendants.

## FACTUAL PREDICATES

18.    On or about August 11, 2011, Ms. Shomide -patient Plaintiff, was involved in an automobile accident. As a direct and proximate result of the accident heretofore referred to, Ms. Shomide -patient Plaintiff, sustained multiple injuries, leg, Neck, back legs injuries. Ms. Shomide -patient Plaintiff, was receiving treatment with Dr. Sean Feeney a Chiropractic at Physician Plus Spine and Rehab Center, Bear Delaware.

19.    Due to the severity of the injury sustained from automobile accident Dr Sean Feeney a Chiropractic referred Ms. Shomide -patient Plaintiff to Defendant Dr. Falco, Defendant SCD and Defendant MASPP for further professional treatments of the injury sustained from automobile accident.

20.    On February 28, 2013 Defendant Dr. Falco Defendant Dr. Bharara and Defendant Dr. Desai performed surgical first Lumber Epidural steroid injection called Right L3-S1 Lumber Facet Joint Nerve Block at the back right hip/buttock on Ms. Shomide -patient Plaintiff. After this procedural surgery Mr. Shomide –husband Plaintiff signed her Ms. Shomide -patient Plaintiff and took her home.

21.    At all times is Mr. Shomide –husband Plaintiff has been taken Ms. Shomide -patient Plaintiff back and forth from home to Defendants and back home.

22.    On March 4, 2013, Defendant Dr. Falco failed and prescribed over dosage medication (wean Dilaudid tablet, 4gm, 1 tab(s), orally, Q 24 hrs PRN max 1 a day for 7 days, then stop, 7 days, 7, Refills 0), to Ms. Shomide -patient Plaintiff.

23.    On April 1, 2013 Ms. Shomide -patient Plaintiff had appointment with Defendant Dr. Falco which he realized his failure of over dosage and wrong prescriptions given to Ms. Shomide -patient Plaintiff on March 4, 2013, (UDS GC/MS) was inconsistently positive for oxymorphone which is a violation of the opiate agreement. Defendant Dr. Falco then wrote a script that will wean her off of Dilaudid (opioids) for follow up.

24.    On May 8, 2013 Defendant Dr. Falco Defendant Dr. Bharara and Defendant Dr. Desai performed Surgical Second Lumber Epidural steroid injection

5

called Lumber Epidural at the back right hip/buttock on Ms. Shomide -patient
Plaintiff. After this procedural surgery Mr. Shomide –husband Plaintiff signed her Ms.
Shomide -patient Plaintiff and took her home.

25.     On May 22, 2013 Defendant Dr. Falco, Defendant Dr. Bharara and
Defendant Dr. Desai performed Surgical Third Lumber Epidural steroid injection
called Lumber Epidural at the back right hip/buttock on Ms. Shomide -patient
Plaintiff. After this procedural surgery Mr. Shomide –husband Plaintiff signed her Ms.
Shomide -patient Plaintiff and took her home.

26.     On May 23 & 24, Ms. Shomide -patient Plaintiff started to experienced
unbearable pain especially where Surgical Third Lumber Epidural steroid injection
was performed, cannot sleep.

27.     On May 24 / 25, 2013 night Mr. Shomide –husband Plaintiff checked
where Surgical Third Lumber Epidural steroid injection was performed at the back
right hip/buttock on Ms. Shomide -patient Plaintiff. Because the pain was unbearable,
uncomfortable and sleepless night. Mr. Shomide –husband Plaintiff observed and saw
a large red draining blister with extensive bullous changes and sloughing. Throughout
May 25, 2013, Ms. Shomide -patient Plaintiff went through chronic agony unbearable
on the place where the Surgical Third Lumber Epidural steroid injection was
performed at the back right hip/buttock.

28.     On May 26, 2013 Mr. Shomide –husband Plaintiff checked where Surgical
Third Lumber Epidural steroid injection was performed at the back right hip/buttock,
to his surprise saw a large red draining blister with extensive bullous changes and
sloughing was **doubled** in size. Mr. Shomide –husband Plaintiff took the **picture** of
the area and rushed Ms. Shomide -patient Plaintiff, to the Christiana Hospital
Emergency section.

29.     During the performance of all the surgeries on Ms. Shomide -patient
Plaintiff, Defendant Dr. Falco was assisted by other physicians, including Defendant
Dr. Bharara and Defendant Dr. Desai, fellows, and/or other health care providers that
contributed to the injuries of Ms. Shomide -patient Plaintiff.

30.     The third lumber epidural steroid injection on Ms. Shomide -patient
Plaintiff which developed a skin infection (large red draining blister) with extensive

6

bullous changes and sloughing at the site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

31.    On May 26, 2013 Ms. Shomide -patient Plaintiff was immediately admitted at Christiana Hospital Emergency section. The Medical Doctors that treated Ms. Shomide -patient Plaintiff at the Emergency said that it was an infection on the negligent surgical technique that causes and suffered this serious injuries on Ms. Shomide -patient Plaintiff.

32.    At the Christiana Hospital, Medical doctors that treated Ms. Shomide - patient Plaintiff concluded that the lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at the site of the injection was as a result of the failure and negligent surgical technique that causes and suffered this serious injuries. Also said that there was no proper surgical prep utilized. The Medical Doctors team also questioned the Surgical Third Lumber Epidural steroid injection performed at the back right hip/buttock of Ms. Shomide -patient Plaintiff.

33.    Despite to correct the errors made by Defendant Dr. Falco in overdose medication and the performance of the surgeries on Ms. Shomide -patient Plaintiff Surgical Third Lumber Epidural steroid injection performed at the back right hip/buttock, she continues to suffer from disfigurement, significant pain, and discomfort.

34.    The injuries and losses suffered by Ms. Shomide -patient Plaintiff are the direct and proximate result of the negligence and carelessness of all named Defendants and not due to any act or failure to act on part of the Plaintiffs.

35.    Each Defendants' negligence and careless acts were the direct result of Plaintiff's injuries and losses.

36.    As a direct and proximate result of the negligence and carelessness of Defendant Dr. Falco, Defendant Dr. Bharara and Defendant Dr. Desai, and the health care providers in the Defendant SCD, and Defendant MASPP, acting individually and/or in concert, Ms. Shomide -patient Plaintiff has suffered and will continue to suffer forever, severe personal injuries and losses including the following:

   a)    chronic pain syndrome;

b)      chronic intractable pain;

c)      inability to walk without pain;

d)      inability to engage in her usual occupational, educational, social, household, and family activities;

e:      unnecessarily prolonged recovery;

f)      need to undergo multiple diagnostic, therapeutic tests and studies directed to her injuries, all which would have been unnecessary in the absence of Defendants' negligence;

g)      decreased quality of life;

h)      mental anguish;

i)      anxiety;

j)      depression;

k)      disfigurement;

l)      humiliation and embarrassment;

m)      physical pain and suffering;

n)      inability to walk, run or exercise without pain;

o)      inability to stand for prolonged periods and inability to walk without pain for a prolonged distance; and

p)      hedonic damages for loss of life' s pleasures.

37.    As a direct and proximate result of the negligence and carelessness of all named Defendants, acting individually or in concert, Ms. Shomide -patient Plaintiff has also suffered and will continue to suffer for an indefinite time in the future losses, including the following:

a)      loss of earnings and loss of earning capacity;

b)      medical expenses;

c)      expenses for assistance with household duties; and

d)      inability to engage in usual household, occupational, educational, family, and social activities.

38.    Prior to the expiration of the statute of limitations, Plaintiffs notified all Defendants of Plaintiff's intention to investigate her malpractice claim pursuant to 18 DEL. C.§6856, "Notice of Intent".

39.     On or about February 19, 2015, the **"Notice of Intent"** letters were delivered by U.S. Certified Mail to all the Defendants -Defendant SCD, Defendant MASPP, Defendant Dr. Falco, Defendant Dr. Bharara and Defendant Dr. Desai at139 East Chestnut Hill Road, Newark, DE 19713.

40.     Copies of the **"Notice of Intent"** letters are attached to this Complaint, made a part hereof, and referred to as **Exhibit "A"**.

## COUNT I - NEGLIGENCE
### *Yinka Shomide & Tokunbo Shomide v. All Named Defendants*

41.     Plaintiffs, Ms. Shomide -patient Plaintiff and Mr. Shomide –husband Plaintiff incorporates by reference the averments in all proceeding paragraphs though set forth fully herein.

42.     The aforementioned personal injuries and losses of Ms. Shomide -patient Plaintiff were caused by the negligence and carelessness of all named Defendants, acting individually or in concert, and by their agents, servants, and employees, apparent agents, and ostensible agents, acting within and during the scope of their employment, authority or apparent authority.

43.     The negligence and carelessness of Defendant Dr. Falco, included the following:

a)      Failure to exercise reasonable medical care;

b)      failure to avoid over dosage of medication and found positive in excess oxymorphone in Ms. Shomide -patient Plaintiff in violation of opiate agreement that continue to causes her with constipation, nausea, vomiting, dizziness, dry mouth and drowsiness;

c)      failure to avoid over dosage of medication characterized her with respiratory depression, extreme somnolence progressing to stupor or coma, skeletal muscle flaccidity, cold and clammy skin, and sometimes bradycardia and hypotension

d)      death may occur;

e)      failure to employ the skill and care required of a physician specializing in administering surgical Lumber Epidural steroid injection;

f)      failure and negligence in administering prolotherapy therapy injury, severe pain of Ms. Shomide -patient Plaintiff's back muscles and narcotic addiction *(Leech v. Brallia, 275 F. Supp. 897 (D.Ariz. 1967);*

g)      failure to promptly and properly manage Ms. Shomide -patient Plaintiff's postoperative pain; and

h)      disfigurement with pain that persisted after the injection

44.      Defendant SCD, and Defendant MASPP, are vicariously liable for the negligence and carelessness of their agents, servants, owner, employees, apparent agents, and ostensible agents, including the health care staff, nurses, physicians, residents, and/or fellows, including Defendant Dr. Falco, that may also have assisted Defendant Dr. Falco in the performance of the surgical interventions of February 28, 2013, May 8, 2013, and May 22, 2013, who were acting within the course and scope of their agency, employment, or apparent agency, and whose identities remain otherwise unknown to plaintiffs at the time of the filing of this Complaint.

45.      Defendants, Defendant Dr. Falco, Defendant SCD, and Defendant MASPP are vicariously liable for the negligent and careless acts of their agents, servants, employees, apparent agents, and ostensible agents, including all other Defendants herein; those acts of negligence and carelessness for which Defendants, Defendant Dr. Falco, Defendant SCD, and Defendant MASPP , are vicariously liable.

WHEREFORE, Plaintiffs, Ms. Shomide -patient Plaintiff and Mr. Shomide – husband Plaintiff, hereby demands judgment, damages, including compensatory and punitive damages against all named Defendants, jointly and / or severally, and claims compensatory damages and special damages, as well as prejudgment interest, post judgment interest, delay damages, and costs.

## COUNT II – INFORMED CONSENT
### *Yinka Shomide & Tokunbo Shomide v. All Named Defendants*

46.      Plaintiffs, Ms. Shomide -patient Plaintiff and Mr. Shomide –husband Plaintiff incorporates herein the allegations in the preceding paragraphs as if each were fully set forth herein.

47.    Ms. Shomide -patient Plaintiff further alleges that Defendants failed to advise her of material facts, risks, complications, and alternatives of surgical intervention that a reasonable person in Ms. Shomide -patient Plaintiff's position would have considered significant in deciding how to manage her health.

48.    As a direct and proximate result of the wrongful conduct of Defendants, Ms. Shomide -patient Plaintiff was caused to suffer various and diverse injuries, some of which may not now be apparent.

49.    Had Ms. Shomide -patient Plaintiff been informed of these material risks, facts, complications, and alternatives, she would not have gone through the treatments recommended by Defendants and / or sought a second opinion.

WHEREFORE, Plaintiffs, Ms. Shomide -patient Plaintiff and Mr. Shomide – husband Plaintiff, hereby demands judgment, damages, including compensatory and punitive damages against all named Defendants, jointly and / or severally, and claims compensatory damages and special damages, as well as prejudgment interest, post judgment interest, delay damages, and costs.

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720
PLAINTIFFS (Pro Se)
(302) 328-5550

Dated: March 2, 2015

# EXHIBIT 'A'

# SHOMIDE'S

37 Candlewick Court, New Castle, DE 19720
Tel.# (302) 328-5550; Fax.# (302) 356-1560

February 18, 2015.

<u>CERTIFIED MAIL RECEIPT NO.: 7014 0150 0001 4918 2335</u>
<u>RETURN RECEIPT REQUESTED</u>

SURGERY CENTERS OF DELMARVA, LLC
139 East Chestnut Hill Road,
Newark, DE 19713.

### RE: YINKA SHOMIDE

Dear Dr. Falco:

Pursuant to 18 <u>Del. C</u>. § 6856. plaintiffs, Yinka Shomide –patient and Tokunbo Shomide -husband , is providing you, SURGERY CENTERS OF DELMARVA, LLC also bear Mid Atlantic Spine & Pain Physicians, Dr. Frank Falco, Dr. Niteesh Bharara, and Dr. Anjuli Desai, as potential defendants, a "Notice of Intent" to investigate a medical malpractice matter.

The potential action and investigation involves Ms. Shomide; surgery at SURGERY CENTERS OF DELMARVA on or about May 22, 2013. The allegations and investigation will include, but will not be limited to, the surgical technique used in the procedural Lumbar Spondylosis, Right L3-S1 Lumbar Facet Joint Nerve Block, Anesthesia type MAC; -IV sedation and IV fluids, Lumbar Epidural, Lumbosacral Radiculopathy, Anesthesia type <u>IV Versed and IV Fentanyl</u>, and the chronic pain syndrome and on the third lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at your site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

Please put your insurance carrier on notice of this potential medical malpractice claim. Additionally, please note that you have the right to consult counsel.

Respectfully yours,

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720.
(302) 328-5550.

1



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEWARK DE 19713

| | | |
|---|---|---|
| Postage | $ | $0.49 |
| Certified Fee | | $6.00 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.00 | 02/19/20 |

Postmark Here

Sent To: SURGERY CENTERS OF DELMARVA, LLC
Street, Apt. No.; or PO Box No. 139 EAST CHESTNUT HILL RD
City, State, ZIP+4 NEWARK, DE 19713

PS Form 3800, August 2006                    See Reverse for Instructions

7014 0150 0001 4918 2335

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SURGERY CENTERS OF
DELMARVA, LLC
139 EAST CHESTNUT HILL RD
NEWARK, DE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Deborah Sh                        2/23/15

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 0150 0001 4918 2335

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



# SHOMIDE'S
37 Candlewick Court, New Castle, DE 19720
Tel.# (302) 328-5550; Fax.# (302) 356-1560

February 18, 2015.

CERTIFIED MAIL RECEIPT NO.: 7007 3020 0003 3051 7299
RETURN RECEIPT REQUESTED

Dr. Frank Falco
Mid Atlantic Spine & Pain Physicians
139 East Chestnut Hill Road,
Newark, DE 19713.

## RE: YINKA SHOMIDE

Dear Dr. Falco:

Pursuant to 18 <u>Del. C.</u> § 6856. plaintiffs, Yinka Shomide –patient and Tokunbo Shomide -husband , is providing you, SURGERY CENTERS OF DELMARVA, LLC also bear Mid Atlantic Spine & Pain Physicians, Dr. Frank Falco, Dr. Niteesh Bharara, and Dr. Anjuli Desai, as potential defendants, a "Notice of Intent" to investigate a medical malpractice matter.

The potential action and investigation involves Ms. Shomide; surgery at SURGERY CENTERS OF DELMARVA on or about May 22, 2013. The allegations and investigation will include, but will not be limited to, the surgical technique used in the procedural Lumbar Spondylosis, Right L3-S1 Lumbar Facet Joint Nerve Block, Anesthesia type MAC; -IV sedation and IV fluids, Lumbar Epidural, Lumbosacral Radiculopathy, Anesthesia type <u>IV Versed and IV Fentanyl</u>, and the chronic pain syndrome and on the third lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at your site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

Please put your insurance carrier on notice of this potential medical malpractice claim. Additionally, please note that you have the right to consult counsel.

Respectfully yours,

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720.
(302) 328-5550.

**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

FEB 25 2015
Postmark Here

Sent To MID ATLANTIC SPINE & PAIN
Street, Apt. No.; or PO Box No. 139 EAST CHESTNUT HILL Rd
City, State, ZIP+4 NEWARK, DE 19713

PS Form 3800, August 2006          See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

MID-ATLANTIC SPINE &
PAIN PHYSICIANS
139 EAST CHESTNUT
HILL ROAD
NEWARK, DE 19713

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
Debbie Ben                         2-27-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

7007 3020 0003 3051 7299

PS Form 3811, February 2004      Domestic Return Receipt        102595-02-M-1540



# SHOMIDE'S

37 Candlewick Court, New Castle, DE 19720
Tel.# (302) 328-5550; Fax.# (302) 356-1560

February 18, 2015.

CERTIFIED MAIL RECEIPT NO.: 7014 0150 0001 4918 2359
RETURN RECEIPT REQUESTED

Dr. Frank Falco
SURGERY CENTERS OF DELMARVA, LLC
139 East Chestnut Hill Road,
Newark, DE 19713.

### RE: YINKA SHOMIDE

Dear Dr. Falco:

Pursuant to 18 Del. C. § 6856. plaintiffs, Yinka Shomide –patient and Tokunbo Shomide -husband , is providing you, SURGERY CENTERS OF DELMARVA, LLC also bear Mid Atlantic Spine & Pain Physicians, Dr. Frank Falco, Dr. Niteesh Bharara, and Dr. Anjuli Desai, as potential defendants, a "Notice of Intent" to investigate a medical malpractice matter.

The potential action and investigation involves Ms. Shomide; surgery at SURGERY CENTERS OF DELMARVA on or about May 22, 2013. The allegations and investigation will include, but will not be limited to, the surgical technique used in the procedural Lumbar Spondylosis, Right L3-S1 Lumbar Facet Joint Nerve Block, Anesthesia type MAC; -IV sedation and IV fluids, Lumbar Epidural, Lumbosacral Radiculopathy, Anesthesia type IV Versed and IV Fentanyl, and the chronic pain syndrome and on the third lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at your site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

Please put your insurance carrier on notice of this potential medical malpractice claim. Additionally, please note that you have the right to consult counsel.

Respectfully yours,

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720.
(302) 328-5550.

1



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

NEWARK DE 19713

| Postage | $ | $0.46   0550 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | FEB 19 20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $6.49   02/19/2015 |

Sent To DR FRANK FALCO
Street, Apt. No.; SURGERY CENTERS OF DELMARVA LLC
or PO Box No. 139 EAST CHESTNUT HILL RD
City, State, ZIP+4 NEWARK DE 19713

PS Form 3800, August 2006                    See Reverse for Instructions

7014 0150 0001 4918 2359

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DR. FRANK FALCO
SURGERY CENTERS OF
DELMARVA
139 EAST CHESTNUT HILL Rd
NEWARK, DE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
DEBORAH BEAL                2/23/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7014 0150 0001 4918 2359
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# SHOMIDE'S

37 Candlewick Court, New Castle, DE 19720
Tel.# (302) 328-5550; Fax.# (302) 356-1560

February 18, 2015.

CERTIFIED MAIL RECEIPT NO.: 7003 0500 0004 1091 3434
RETURN RECEIPT REQUESTED

Dr. Niteesh Bharara
SURGERY CENTERS OF DELMARVA, LLC
139 East Chestnut Hill Road,
Newark, DE 19713.

### RE: YINKA SHOMIDE

Dear Dr. Bharara:

Pursuant to 18 Del. C. § 6856. plaintiffs, Yinka Shomide –patient and Tokunbo Shomide -husband , is providing you, SURGERY CENTERS OF DELMARVA, LLC also bear Mid Atlantic Spine & Pain Physicians, Dr. Frank Falco, Dr. Niteesh Bharara, and Dr. Anjuli Desai, as potential defendants, a "Notice of Intent" to investigate a medical malpractice matter.

The potential action and investigation involves Ms. Shomide; surgery at SURGERY CENTERS OF DELMARVA on or about May 22, 2013. The allegations and investigation will include, but will not be limited to, the surgical technique used in the procedural Lumbar Spondylosis, Right L3-S1 Lumbar Facet Joint Nerve Block, Anesthesia type MAC; -IV sedation and IV fluids, Lumbar Epidural, Lumbosacral Radiculopathy, Anesthesia type IV Versed and IV Fentanyl, and the chronic pain syndrome and on the third lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at your site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

Please put your insurance carrier on notice of this potential medical malpractice claim. Additionally, please note that you have the right to consult counsel.

Respectfully yours,

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720.
(302) 328-5550.

1



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.00 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.49 |

Postmark

7003 0500 0004 1091 3434

Sent To DR. NITEESH BHARA
Street, Apt. No.; SURGERY CENTERS OF DELMARVA, LCC
or PO Box No. 139 EAST CHESTNUT HILL RD
City, State, ZIP+4 NEWARK, DE 19713

PS Form 3800, June 2002          See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent  ☐ Addressee <br> B. Received by ( *Printed Name* )  C. Date of Delivery <br> Deborah Beal   2/23/8 <br> D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to: <br> DR NITEESH BHARA <br> SURGERY CENTERS OF <br> DELMARVA, LLC <br> 139 EAST CHESTNUT HILL RD <br> NEWARK, DE 19713 | |
| | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from* <br> 7003 0500 0004 1091 3434 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

# SHOMIDE'S

37 Candlewick Court, New Castle, DE 19720
Tel.# (302) 328-5550; Fax.# (302) 356-1560

February 18, 2015.

CERTIFIED MAIL RECEIPT NO.: 7007 3020 0003 3051 7275
RETURN RECEIPT REQUESTED

Dr. Anjuli Desai
SURGERY CENTERS OF DELMARVA, LLC
139 East Chestnut Hill Road,
Newark, DE 19713.

## RE: YINKA SHOMIDE

Dear Dr. Desai:

Pursuant to 18 Del. C. § 6856. plaintiffs, Yinka Shomide –patient and Tokunbo Shomide -husband , is providing you, SURGERY CENTERS OF DELMARVA, LLC also bear Mid Atlantic Spine & Pain Physicians, Dr. Frank Falco, Dr. Niteesh Bharara, and Dr. Anjuli Desai, as potential defendants, a "Notice of Intent" to investigate a medical malpractice matter.

The potential action and investigation involves Ms. Shomide; surgery at SURGERY CENTERS OF DELMARVA on or about May 22, 2013. The allegations and investigation will include, but will not be limited to, the surgical technique used in the procedural Lumbar Spondylosis, Right L3-S1 Lumbar Facet Joint Nerve Block, Anesthesia type MAC; -IV sedation and IV fluids, Lumbar Epidural, Lumbosacral Radiculopathy, Anesthesia type IV Versed and IV Fentanyl, and the chronic pain syndrome and on the third lumber epidural steroid injection which developed a skin infection (large red draining blister) with extensive bullous changes and sloughing at your site of the injection as a result of the negligent surgical technique that causes and suffered this serious injuries.

Please put your insurance carrier on notice of this potential medical malpractice claim. Additionally, please note that you have the right to consult counsel.

Respectfully yours,

Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720.
(302) 328-5550.

1



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com₃

NEWARK DE 19713

| | |
|---|---|
| Postage | $0.49 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.49 |

Postmark Here

Sent To DR. ANJULI DESAI
Street, Apt. No.; SURGERY CENTERS OF DELMARVA LLC
or PO Box No. 139 EAST CHESTNUT HILL RD.
City, State, ZIP+4 NEWARK, DE 19713

7007 3020 0003 3051 7275

PS Form 3800, August 2006          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DR. ANJULI DESAI
SURGERY CENTERS OF
DELMARVA, LLC
139 EAST CHESTNUT HILL RD.
NEWARK, DE 19713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Deborah Jon                      2/23/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7007 3020 0003 3051 7275

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

# EXHIBIT 'B'

Delaware.gov | Text Only                    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Privacy Policy  Frequently Asked Questions  View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **4206827** | Incorporation Date / | **08/17/2006** |
| | | Formation Date: | (mm/dd/yyyy) |
| Entity Name: | **SURGERY CENTERS OF DELMARVA, LLC** | | |
| Entity Kind: | **LIMITED LIABILITY COMPANY (LLC)** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **ADAM BALICK, ESQUIRE** | | |
| Address: | **711 KING STREET** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information | Submit |

| Back to Entity Search |

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

YINKA SHOMIDE –Patient
and TOKUNBO SHOMIDE -Husband
Husband and Wife (Pro Se)
37 Candlewick Court,
New Castle, DE 19720.

        PLAINTIFF/S,

   V.

SURGERY CENTERS OF DELMARVA, LLC
also bear Mid Atlantic Spine & Pain
Physicians & Dr. Frank Falco, &
Dr. Niteesh Bharara, & Dr. Anjuli Desai.

        DEFENDANT/S,

CIVIL ACTION NO. _____
TRIAL BY JURY DEMANDED

### CERTIFICATE OF SERVICE

I, YINKA SHOMIDE & TOKUNBO SHOMIDE Plaintiffs, do hereby certify that (2) copies of the foregoing "COMPLAINT 28 USC1402 Medical Malpractice & 38 U.S. Code § 7316 Malpractice and Negligence & 28 USC § 1332" were served by Special Process Server named –Blue Marble Logistics LLC, on the Defendants, SURGERY CENTERS OF DELMARVA, LLC., Registered Agent -**Adam Balick, Esquire, at 711 King Street, Wilmington, Delaware 19801** this 2nd day of March, 2015, upon the following Defendants:

SURGERY CENTERS OF DELMARVA, LLC
c/o Adam Balick, Esquire (Registered Agent)
711 King Street
Wilmington, DE 19801.

_____
Yinka Shomide & Tokunbo Shomide
37 Candlewick Ct.
New Castle, DE 19720